# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Steven A. Kalin and
Janice Kalin,

Civil File No. 00-1251 (PAM/JGL)

Applicants,

v.

**ORDER**

First Asset Management, Inc.
and Leonard A. Neuhaus,

Respondents.

---

This matter came before the Court on Applicants' Motion to Confirm Arbitrators' Award.

Based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Applicants' Motion to Confirm Arbitrators' Award is **GRANTED**;

2. Judgment is ordered entered in accordance with the Award of the Arbitrators in favor of Steven A. Kalin and Janice Kalin and against First Asset Management, Inc. and Leonard A. Neuhaus, jointly and severally, in the amounts as follows:

   a. The sum of twenty-five thousand dollars ($25,000.00) as compensatory damages;

   b. Interest at the rate of seven percent (7%) per annum on the above-stated sum of twenty-five thousand dollars ($25,000.00) from and after January 1, 1998, to the date the award is paid;

FILED OCT 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 10 2000
DEPUTY CLERK

c. The sum of thirty thousand dollars ($30,000.00) as attorney fees in the arbitration plus interest from March 2, 2000, at the rate of seven percent (7%) per annum; and

d. The costs of this Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: ~~September~~ October 9, 2000

United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information must be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. ______________

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Appellant/Appellee, vs. | |
| Appellant/Appellee. | COUNSEL: NAME, ADDRESS AND TELEPHONE NUMBER |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ( ) Yes. ( ) No.

FOR LEAD COUNSEL ONLY
I ___ have (____ have not) discussed settlement possibilities on appeal with my client.
This appeal ___ is (___ is not) amenable to settlement.

Submitted by: ______________________________________
Signature of Lead Counsel Date

INSTRUCTIONS:

Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - White - Send to Appellee (together with an uncompleted Form B)
Copies 2 & 3 - Canary & Pink - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Goldenrod - Retain

U. S. COURT OF APPEALS - EIGHTH CIRCUIT

Appeal Docket No. ____________

**APPELLEE'S FORM B**
Appeal Information Form

CASE NAME (Underline name of Appellee):

IS THE ALIGNMENT OF PARTIES, NAMES, ADDRESSES, AND TELEPHONE NUMBERS CORRECT ON APPELLANT'S FORM A? ( ) Yes ( ) No If no, list corrections below.

FOR LEAD COUNSEL ONLY
I ___ have (___ have not) discussed settlement possibilities on appeal with my client.
This appeal ___ is (___ is not) amenable to settlement.

NAME, ADDRESS, AND TELEPHONE NUMBER OF LEAD COUNSEL:

Submitted by: ______________________________

Date: ______________________________

Copy 1 - White - Send to Appellant
Copy 2 & 3 - Canary & Pink - Send to Clerk, Eighth Circuit Court of Appeals
Copy 4 - Goldenrod - Retain