**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Steven A. Kalin and Janice Kalin
Plaintiff(s)

-v- **Civil** # 00cv1251 PAM/JGL

First Asset Management, Inc.
and Leonard A. Neuhaus
Defendant(s)

**COST JUDGMENT**

The costs of the Plaintiffs have been taxed and allowed by the Clerk of this Court against the **Defendants** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the Clerk | $ | 150.00 | $ | 150.00 |
| Docket fees under 28USC§1923 | | 20.00 | | 20.00 |
| TOTAL: | $ | 170.00 | $ | 170.00 |

Costs, therefore, are taxed in the sum of One Hundred Seventy Dollars and no/100 ($170.00) in favor of the Plaintiffs and against the **Defendants** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of December 5, 2000.

FRANCIS E. DOSAL, CLERK

By [signature]
Celeste M. Shahidi
Deputy In Charge

cc: all counsel

FILED DEC 04 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS